# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

FILED RECEIVED LODGED
JAN 09 2019
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY____ DEPUTY

Fraser Rotchford
(Name of Plaintiff)

vs.

Chris Coulter
Kelly Mills
Christi Apker
CCO Roman

(Names of Defendant(s))

**C19 5024 BHS-TLF**

CIVIL RIGHTS COMPLAINT
BY A PRISONER UNDER 42
U.S.C. § 1983

and all staff of Community Corrections Office on Rhody Drive Port Hadlock, WA

## I. Previous Lawsuits:

A. Have you brought any other lawsuits in any federal court in the United States while a prisoner?:

☐ Yes   ☑ No

B. If your answer to A is yes, how many?:_____. Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to this previous lawsuit:

   Plaintiff:_____

   Defendants:_____

2. Court (give name of District):_____

3. Docket Number: _____

2

4. Name of judge to whom case was assigned: _____

5. Disposition (For example: Was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?): _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

**II. Place of Present Confinement:** _____

A. Is there a prisoner grievance procedure available at this institution?  ☑ Yes  ☐ No

B. Have you filed any grievances concerning the *facts* relating to this complaint?
☐ Yes  ☑ No

If your answer is NO, explain why not: Not applicable

C. Is the grievance process completed?  ☐ Yes  ☐ No  ☑ N/A

**If your answer is YES, ATTACH A COPY OF THE FINAL GRIEVANCE RESOLUTION for any grievance concerning facts relating to this case.**

**III. Parties to this Complaint** Fraser Rotchford

A. Name of Plaintiff: ~~Chris Coulter~~  Inmate No.: 338069  DOC#

Address: 81 Elkins Rd. Port Hadlock, WA 98339

(In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment. Use item C for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

B. Defendant: Chris Coulter  Official Position: Com. Corrections Officer

Place of employment: DOC CC office Rhody Drive, Port Hadlock, WA 98339

C. Additional defendants: Kelly Mills ~~supervisor~~ supervisor, Christi Apker, CCO Rowan, Karla Priesznic? Hearing officer

3

**IV. Statement of Claim**

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates, places, and other persons involved. Do not give any legal arguments or cite any cases or statutes. If you allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.)

In the Summer of 2018 I was witness to my bunk mate Kellan Grewell in great distress over news from his fiancé Agnie Tracy supervisee of CCO Chris Coulter who was also my CCO. She reported he asked her "who [she] was fucking," and texted her personal messages on the prior weekend. I asked Coulter if this was true, at the time he was adamantly persuing conditions to my supervision that would not allow me to communicate with government officials which the appeals panel for DOC overturned. He did not deny the accusation but suggested he was surprised I had been manipulated by my friend to believe what he didn't deny. I suggested he might be a better husband than Kellan. I was interviewed at Monroe F-Unit by Cherie regarding a lawsuit against Coulter 12·26·2018. I reported the incident to Kelly Mills, Coulter's supervisor but recieved no response. Coulter repeatedly came to the jail harassing me with illegitimate concerns after not disputing community corrections is "outside the circle of consent constitutional democracies live by." In retalliation he and Karla Priescis[?] ordered I be sent to prison which I was just released from.

**V. Relief**

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

4

$3,750.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 28 day of December 20 18.

FRASER ROTCHFORD
(Signature of Plaintiff)