UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FRASER ROTCHFORD,<br><br>          Plaintiff,<br><br>  v.<br><br>CHRIS COULTER, et al.,<br><br>          Defendants. | CASE NO. CV19-5024 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 19. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Plaintiff's amended complaint is **DISMISSED**;

(3) The dismissal is a "strike" under 28 U.S.C. § 1915(g);

(4) Plaintiff's *in forma pauperis* status is **REVOKED** for purposes of appeal; and

(5) The Clerk shall enter **JUDGMENT** and close this case.

Dated this 28th day of June, 2019.

                                          BENJAMIN H. SETTLE
                                          United States District Judge